DAVID ALLEN, ESQ. [SBN 87193]
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, California 95819
Telephone: (916) 455-4800
Facsimile: (916) 451-5687

Attorneys for Plaintiff,
DEBORAH MARTIN

ROPERS, MAJESKI, KOHN & BENTLEY
PAMELA E. COGAN (SBN 105089)
NORMAN LAU (SBN 253690)
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone:    (650) 364-8200
Facsimile:    (650) 780-1701
Email:        pamela.cogan@rmkb.com
              norman.lau@rmkb.com

Attorneys for Defendant
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MARTIN,<br><br>        Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>        Defendant. | CASE NO. 2:14 CV 00786 JAM<br><br>**STIPULATION AND ORDER REGARDING EXPERT DISCLOSURES** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for plaintiff Deborah Martin and defendant Liberty Life Assurance Company of Boston that the dates previously set in the Court's Status (Pre-trial Scheduling) Order of August 15, 2014, be amended as follows:

Whereas the Status (Pre-trial Scheduling) Order of August 15, 2014 set forth the deadlines

for expert discovery in this case.

Whereas the parties have engaged in settlement discussions and have scheduled private mediation on April 13, 2015.

Whereas the parties would like to explore the possibility of settlement while conserving the parties resources.

Whereas the current deadline to for the parties to make expert disclosures is April 10, 2015 and the deadline to make supplemental and rebuttal expert disclosures is May 1, 2015.

Whereas the parties are not aware of any other date fixed by Court order that will be altered by the instant stipulation, other than those set forth above.

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE** as follows**:**

The parties agree that the dates for Expert Disclosures, Supplemental/Rebuttal Expert Disclosures and Expert Discovery should be continued to the following dates:

Expert Disclosures:  **May 8, 2015**

Rebuttal/Supplemental Expert Disclosures:  **May 22, 2015**

**IT IS SO STIPULATED.**

Dated: March   , 2015        DAVID ALLEN & ASSOCIATES

By: /s/
    DAVID ALLEN
    Attorneys for Plaintiff
    DEBORAH MARTIN

Dated: March   , 2015        ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/
    PAMELA E. COGAN
    NORMAN LAU
    Attorneys for Defendant
    LIBERTY LIFE ASSURANCE
    COMPANY OF BOSTON

# **ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  3/24/2015                             /s/ John A. Mendez
                                                              HONORABLE JOHN A. MENDEZ
                                                              UNITED STATES DISTRICT COURT JUDGE