UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH MARTIN,<br><br>             Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON,<br><br>             Defendant. | CASE NO.  2:14 CV 00786 JAM<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Hon.  John A. Mendez |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties.  Each party shall bear its own attorney's fees and costs.

Dated: 4/16/2015

/s/ John A. Mendez
The Honorable John A. Mendez
United States District Court Judge